■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD LEDERER, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Appeal from an order of the Supreme Court, Clinton County, dismissing relator's petition for a writ of habeas corpus after a hearing and remanding relator to the custody of respondent. Relator was afforded a hearing

and thus the requirements of *People ex rel. Brown* v. *Johnston* (9 N Y 2d 482) have been met. Relator is not as he suggests entitled as a matter of right to a trial by jury on the question of his sanity (*People ex rel. Woodbury* v. *Hendrick*, 215 N. Y. 339; *People ex rel. Peabody* v. *Chanler*, 133 App. Div. 159). On the present record we find that the court below in the proper exercise of its discretion could refuse to grant a jury trial on this issue (*People ex rel. Powers* v. *Johnston*, 17 A D 2d 872). Order unanimously affirmed, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN KATHKE, Appellant.— Order unanimously affirmed. No opinion. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.